989 So.2d 107 (2008)
Wendell MANUEL, d/b/a Jungle Lounge and Restaurant, et al.
v.
STATE of Louisiana, OFF. OF ALCOHOL AND TOBACCO CONTROL, et al.
No. 2008-C-1061.
Supreme Court of Louisiana.
August 29, 2008.
In re Jungle Lounge & Restaurant; Manuel, Wendell d/b/a;  Plaintiff(s); Applying for Writ of Certiorari and/or Review, Parish of Evangeline, 13th Judicial District Court Div. A, No. 68791-A; to the *108 Court of Appeal, Third Circuit, No. CA 07-1620.
Denied.